# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR196 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADALBERTO MARTINEZ-RAMIREZ, | ) | |
| JULIO CESAR ARELLANO-NORIEGA, | ) | |
|     a.k.a. "COLAS', | ) | |
| ROSALINA CHAIDEZ-AVILA, | ) | |
| RAFAEL GARCIA and | ) | |
| ANDRES VALENZUELA-PEREZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the request of the government and the defendants Adalberto Martinez-Ramirez, Julio Cesar Arellano-Noriega, and Rafael Garcia to declare this case as complex and to adjust the discovery and pretrial motions deadline during the arraignment on June 24, 2016. The court finds from the representations by counsel for the parties that this case is so unusual and so complex due to the number of defendants, the nature of the prosecution, the existence of novel questions of fact and law, and the amount of discovery, it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits established by the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(7)(B)(ii). The defendants agreed to the request and stated they understood the time required to meet their request would be time excluded under the computations of the Speedy Trial Act.

**IT IS ORDERED:**

    1.    The parties shall have **to on or before July 22, 2016**, in which to complete discovery and shall have **to on or before September 16, 2016**, in which to file pretrial motions in accordance with the progression order.

    2.    The ends of justice have been served by granting such request and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising

as a result of the granting of the motion, i.e., **from June 24, 2016, through September 16, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 24th day of June, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge