# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:16CR196 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ADALBERTO MARTINEZ-RAMIREZ,** | ) | |
| **JULIO CESAR ARELLANO-NORIEGA,** | ) | |
| **RAFAEL GARCIA and** | ) | |
| **JOSE ANDRES VALENZUELA-PEREZ,** | ) | |
| | ) | |
| Defendants. | ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 25th day of July, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge