IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ADALBERTO MARTINEZ-RAMIREZ, Defendant. | 8:16CR196 <br><br> **ORDER** |

Before the Court is non-party Monica Jimenez's Request for Transcript (Filing No. 221) of the sentencing hearing held on October 10, 2017.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 221) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Monica Jimenez at 5138 South 39th Street, Omaha, Nebraska, 68107.
3. Court reporter Susan DeVetter is directed to advise Ms. Jimenez of the cost to obtain the transcript. Ms. Jimenez will be responsible for that transcript cost.

Dated this 22nd day of August 2018.

BY THE COURT:

*/s/ Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
United States District Judge